1  DANNY PRADO SBN 276065
   CJA PANEL ATTORNEY
2  210 S. Mooney Blvd., Suite A
   Visalia, CA 93291
3  Telephone: (559) 732-6431
   Facsimile: (559) 732-6432

Attorneys for Defendant
Juan Dimas

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00180-JLT |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| JUAN DIMAS, | |
| Defendant. | |

**BACKGROUND**

This matter is currently scheduled for a sentencing hearing on **March 18, 2022** as to defendant Dimas in this case. The parties request that the sentencing hearing be continued to **May 6, 2022**. The parties request additional time to conduct investigation and interviews regarding sentencing.

A proposed order appears below.

//
//
//
//
//
//
//

1

## **STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the sentencing hearing currently set for March 18, 2022 be continued to May 6, 2022.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: March 15, 2022            By:   /s/*Katherine Schuh*
                                       KATHERINE SCHUH
                                       Assistant United States Attorney


DATED: March 15, 2022            By:   /s/ *Daniel Prado*
                                       DANIEL PRADO
                                       Attorney for Juan Dimas


**O R D E R**

IT IS SO ORDERED.

  Dated:   **March 15, 2022**                   _____
                                                UNITED STATES DISTRICT JUDGE

2