1  DANNY PRADO #276065
   Law Office of Danny Prado
2  210 S. Mooney Blvd. Ste. A
   Visalia, California 93291
3  Telephone: (559) 732-6431
   Facsimile:  (559) 732-6432
4

5  Attorney for Defendant:
   JUAN DIMAS
6

7

8                      **IN THE UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA,            ) Case No.: 1:21-CR-00180-JLT-SKO-1
                                        )
12                  Plaintiff,          )
                                        )
13      v.                              ) MOTION TO WITHDRAW AS COUSEL
                                        ) OF RECORD AND APPOINT CJA
14                                      ) COUNSEL
   JUAN DIMAS,                          )
15                                      )
                    Defendant.          )
16                                      )
                                        )
17 _____  )

18       Danny Prado, appointed counsel of record in the above-captioned case, hereby moves for an
19 order allowing him to withdraw as counsel of record and for appointment of new counsel to represent
20 defendant Juan Dimas. As grounds he starts:
21     1. Danny Prado was appointed to represent defendant on January 26, 2022.
22     2. At the time of appointment the undersigned was a member of the Criminal Justice Act Panel
23        for the Eastern District of California.
24     3. Attorney Prado is resigning from the Criminal Justice Act Panel for the Eastern District of
25        California.
26     4. As defendant is still in need of counsel to represent him, the Federal Public Defender's office
27        has contacted Mai Shawwa, who is available and willing to accept the appointment.
28

5. Accordingly, the undersigned requests that he be permitted to withdraw from the case and that new counsel, Mai Shawwa, be appointed.

DATED: June 9, 2022                               /s/ DANNY PRADO
                                                  Danny Prado
                                                  Counsel for Juan Dimas

**ORDER**

IT IS SO ORDERED that Danny Prado may withdraw from his representation of JUAN DIMAS, and that CJA panel counsel Mai Shawwa shall be appointed.

IT IS SO ORDERED.

Dated:   **June 9, 2022**                         /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE