UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>JUAN DIMAS,<br><br>               Defendant. | No. 1:21-cr-00180-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release JUAN DIMAS;

Case No. 1:21-cr-00180-KJM, from custody for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $

           ___ Unsecured Appearance Bond

           ___ Appearance Bond with 10% Deposit

           ___ Appearance Bond with Surety

           ___ Corporate Surety Bail Bond

    _X_ (Other): <u>Time Served; Defendant to be released no later than 2:00 PM on Monday, 3/18/2024</u>.

Issued at Sacramento, California on __3/18/24__, at __9:50 a.m.__

                                                      Kimberly J. Mueller<br>
                                                      United States District Judge